# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CALIFORNIA CITY CORRECTION CENTER;<br>JOHN GUZMAN; and DOES 1 - 20, Inclusive,<br><br>　　　　Defendants. | Case No.: 1:10-CV-02031-OWW-JLT<br><br>**ORDER REGARDING DEFENDANT CCA OF TENNESSEE, LLC'S MOTION TO STRIKE AND MOTION TO DISMISS PLAINTIFF ANITA WASHINGTON'S SIXTH CLAIM FOR DEFAMATION**<br><br>Date:　　　　April 18, 2011<br>Time:　　　　10:00 a.m.<br>Courtroom:　3<br>Judge:　　　Hon. Oliver W. Wanger<br>Action Filed:　August 31, 2009<br>Trial Date:　　None |

　　　　Defendant CCA of Tennessee, LLC's ("CCA") motion to strike ("Motion to Strike") plaintiff Anita Washington's ("Plaintiff") First Amended Complaints filed on February 14, 2011 and February 22, 2011 pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 12(f) and motion to dismiss ("Motion to Dismiss") Plaintiff's sixth claim for defamation pursuant to FRCP Rule 12(b)(6) came up regularly for hearing on April 18, 2011, the Honorable Oliver W. Wanger presiding.  Don Iwuchuku appeared on behalf of Plaintiff.  Kathy H. Gao appeared on behalf of CCA.  The Court, having fully considered the written and oral submissions by the parties, being

1.
**PROOF OF SERVICE**

PDF created with pdfFactory trial version www.pdffactory.com

fully advised, and upon good cause shown, made the following findings and orders in its Memorandum Decision and Order (Document 30):

1. CCA's Motion to Strike is DENIED.

2. CCA's Motion to Dismiss Plaintiff's Sixth Claim for Defamation is GRANTED as to the publication requirement, with leave to amend the First Amended Complaint one final time. Plaintiff shall file a Second Amended Complaint in accordance with the Court's decision within ten (10) days of electronic service of said decision.

3. CCA shall submit a proposed form of order consistent with the Court's memorandum decision within five (5) days of electronic service of this memorandum decision.

**IT IS SO ORDERED.**

DATED: May 2, 2011                    /s/ OLIVER W.WANGER
                                      United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com