**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANITA WASHINGTON, ) | 1:10-cv-02031-AWI-JLT |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING |
| ) | DATE OF APRIL 23, 2012 AND |
| v. ) | TAKING MATTER UNDER |
| ) | SUBMISSION |
| CALIFORNIA CITY CORRECTION ) | |
| CENTER; and DOES 1-20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

  Defendant CCA of Tennessee, LLC (erroneously sued as California City Correction Center) has filed a motion for summary judgment, set for hearing on April 23, 2012.  Plaintiff Anita Washington has filed an opposition.  The Court, having reviewed the parties' papers and all competent and admissible evidence submitted, finds this matter suitable for decision without oral argument.  *See* Local Rule 230(g).

  Accordingly, IT IS HEREBY ORDERED that the scheduled hearing date of April 23, 2012 is hereby VACATED, and the parties shall not appear.  As of April 23, 2012, the Court will take the matter under submission and thereafter issue its decision.

IT IS SO ORDERED.

Dated:  April 17, 2012            _____
                       CHIEF UNITED STATES DISTRICT JUDGE