**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANITA WASHINGTON, | ) | 1:10-cv-02031-AWI-JLT |
| Plaintiff, | ) ) | ORDER FOR RESPONSE TO EX PARTE APPLICATION |
| v. | ) ) | |
| CALIFORNIA CITY CORRECTION CENTER; and DOES 1-20, inclusive, | ) ) ) | (Doc. 55) |
| Defendants. | ) ) ) | |

The Court refers the parties to the order issued May 9, 2012 for a chronology of the proceedings. On May 21, 2012, defendant CCA of Tennessee, LLC (erroneously sued as California City Correction Center) filed an ex parte application for an order reopening time to file a motion for judgment on the pleadings and/or motion to dismiss. The Court has reviewed the application and finds that it raises significant issues. A response to Defendant's motion by Plaintiff is appropriate.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a response to Defendant's ex parte application by 10:00 a.m. on Friday, May 25, 2012. All existing dates remain.

IT IS SO ORDERED.

Dated:   May 22, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE