IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANITA WASHINGTON, | ) | 1:10-cv-02031-AWI-JLT |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING PARTIES |
| | ) | TO PREPARE AND SUBMIT |
| v. | ) | JOINT STATUS REPORT |
| | ) | AND/OR NOTICE OF |
| CALIFORNIA CITY CORRECTION | ) | SETTLEMENT |
| CENTER; and DOES 1-20, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On July 27, 2012, defendant CCA of Tennessee, LLC (erroneously sued as California City Correction Center) filed a supplemental pretrial statement representing to the Court the parties were currently involved in settlement discussions. The Court hereby directs the parties to prepare and file a joint report by 4:00 p.m. Friday, October 12, 2012, regarding the status of the case and, more specifically, whether the case has settled or the parties intend to proceed to trial. If the case has settled, the Court directs the parties to file a notice of settlement and stipulation for dismissal of the action forthwith. IT IS SO ORDERED.

Dated:    September 28, 2012

CHIEF UNITED STATES DISTRICT JUDGE