1
2
3
4
5
6
7

8                                **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11   ANITA WASHINGTON,                      )   Case No.: 1:10-cv-02031 AWI  JLT
                                            )
12                   Plaintiffs,            )   ORDER AFTER NOTICE OF SETTLEMENT
                                            )
13          v.                              )
                                            )
14   CALIFORNIA CITY CORRECTION             )
     CENTER, et al.,                        )
15                                          )
                                            )
16                   Defendants.            )
                                            )
17   _____    )

18          On September 27, 2012, the Court learned that the parties have reached a settlement of this

19   matter.  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

20          1.      No later than October 12, 2012, the parties **SHALL** file a stipulated request for

21                  dismissal; and

22          2.      All pending dates, motions, conferences and hearings, including the trial date, related to

23                  the Third Party Complaint are **VACATED**.

24   ///

25   ///

26   ///

27   ///

28   ///

                                               1

1      **Failure to comply with this order may be grounds for the imposition of sanctions on**

2    **counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

3

4    IT IS SO ORDERED.

5       Dated:   **October 1, 2012**            **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28