UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA WASHINGTON,<br><br>             Plaintiffs,<br><br>   v.<br><br>CALIFORNIA CITY CORRECTION CENTER, et al.,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:10-cv-02031 AWI  JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT |

      On September 27, 2012, the Court learned that the parties have reached a settlement of this matter.  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

      1.    No later than October 12, 2012, the parties **SHALL** file a stipulated request for dismissal; and

      2.    All pending dates, motions, conferences and hearings, including the trial date, related to the Third Party Complaint are **VACATED**.

///

///

///

///

///

1

**<u>Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.</u>**

IT IS SO ORDERED.

Dated:   **October 1, 2012**              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE