# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA WASHINGTON, ) | 1:10-cv-2031-AWI-JLT |
| ) | |
| Plaintiff, ) | ORDER DISMISSING ACTION |
| ) | AND CLOSING CASE |
| v. ) | |
| ) | |
| CALIFORNIA CITY CORRECTION ) | |
| CENTER; and DOES 1-20, inclusive, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    The Court refers the parties to previous orders for a complete chronology of the proceedings. On October 24, 2012, the parties filed a joint stipulation and request for dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties represented to the Court they had agreed to resolve the dispute in its entirety. The parties further agreed they shall bear their own costs and attorneys' fees incurred in connection with the litigation. In light of the Rule 41(a)(1) stipulation, this case has terminated. Fed. R. Civ. Pro. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984).

    Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED with prejudice pursuant to the parties Rule 41(a)(1) stipulated dismissal and the Clerk shall close this case. IT IS SO ORDERED.

Dated:   October 25, 2012                                    _____
                                                                                                  CHIEF UNITED STATES DISTRICT JUDGE